United States District Court
Southern District of Texas
**ENTERED**
July 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kimberly Bady and Jason Archer, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION: H-17-3494 |
| JPMorgan Chase Bank, N.A., | § § § | |
| Defendants. | § | |

### ORDER

On June 5, 2018, this Court ordered Plaintiff to file an amended petition within twenty-one days that is compliant with the issues raised in the Court's June 5 Order. The order cautioned Plaintiff that "[f]ailure to file an amended petition within twenty-one days shall result in the dismissal of Plaintiffs' case."[1] More than twenty-one days have passed, and Plaintiff has failed to file an amended petition. Thus, Plaintiff has failed to comply with the Court's June 5 order, and this case is therefore dismissed for want of prosecution. FED.R.Civ.P.41(b). Accordingly, the Court hereby

**ORDERS** that Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE.**

---

[1] *Order*, Document No. 20 at Page 2.

Signed this \_\_\_\_2\_\_\_\_ day of July, 2018.

_____
David Hittner
United States District Judge